| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Edward G. Holman |
| Debtor 2 (Spouse, if filing) | Debora Holman |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number | 18-43648 |

RECEIVED + FILED
2018 AUG -6 AM 11: 26
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Kirkland Financial LLC/FCI Lender Service   **Court claim no. (if known):** _____

**Last 4 digits** of any number you use to identify the debtor's account:  5 2 0 4

**Date of payment change:**
Must be at least 21 days after date of this notice   07/01/2018

**New total payment:**   $ 1,167.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 884.82   New escrow payment: $ 152.50

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   Notice of Mortgage Payment Change   page 1

| Debtor 1 | Edward G. Holman | | | Case number (if known) 18-43648 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/ Kathy S. Venegas                                Date 08/03/2018
Signature

| Print: | Kathy | S | Venegas | Title | BK Accounts Manager |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    Kirkland Financial LLC

Address    PO Box 970
           Number      Street

           Goodlettsville          TN      37070
           City                    State   ZIP Code

Contact phone  888-595-9536                    Email  kvenegas@kirklandfinl



FCI Lender Services, Inc.

*Loan Servicing • Specialty Servicing • Default*

Phone: (800) 931-2424   Fax: (714) 282-6847

| BORROWER |
|---|
| Edward Holman |
| Debora Holman |
| 404 S Clark Avenue |
| Saint Louis, MO 63135 |

| ACCOUNT NO. | 9160035204 |
|---|---|
| STATEMENT DATE | 7/23/2018 |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## PROJECTIONS FOR COMING YEAR

This is a statement of your escrow account as of 6/6/2018.

| CURRENT PAYMENT INFORMATION | |
|---|---|
| Contractual Due Date: | 2/1/2013 |
| Principal & Interest Payment: | $ 1,015.29 |
| Escrow Payment: | $ 884.42 |
| Current Payment: | $ 1,899.71 |
| Escrow Balance: | $ - |

| NEW PAYMENT INFORMATION | |
|---|---|
| Principal and Interest | $ 1,015.29 |
| Escrow Payment | $ 152.50 |
| Shortage | $ - |
| Payment Amount | $ 1,167.79 |
| Effective Date | 7/1/2018 |

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

Beginning required escrow balance is $1,525.02. Therefore you have a shortage of $1,525.02.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | |
|---|---|---|
| Month-Year | Payments from Escrow Account | Description |
| Jul-18 | $ - | |
| Aug-18 | $ - | |
| Sep-18 | $ - | |
| Oct-18 | $ 1,830.02 | Taxes |
| Nov-18 | $ - | |
| Dec-18 | $ - | |
| Jan-19 | $ - | |
| Feb-19 | $ - | |
| Mar-19 | $ - | |
| Apr-19 | $ - | |
| May-19 | $ - | |
| Jun-19 | $ - | |
| | | |
| | | |
| Total Anticipated Disbursements: | $ 1,830.02 | |

We anticipate the total of your coming year escrow invoices to be $1,830.02. We divided that amount by the number of payments expected during the coming year to obtain your escrow payment.

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FCI Lender Services, Inc. • 8180 E Kaiser Blvd • Anaheim • CA 92808 • NMLS# 4920 • CA BRE# 01022780 • www.trustfci.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

IN RE: )
)
**Edward G. Holman** )
**Debra R. Holman** )
)
    Debtor, ) CHAPTER 13
)
_____ )
) CASE NO: 18-43648
**KIRKLAND FINANCIAL LLC** )
) JUDGE: Schermer
)
)
)
)
_____)

## CERTIFICATE OF SERVICE

I, Kathy Venegas, hereby certify that I have filed a true and correct copy of the Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court via U.S. Mail. A copy of said Notice of Mortgage Payment Change was also sent to the below parties via U.S. Mail.

Attorney for Debtor:
William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Suite 205
St Louis, MO 63144


Trustee:
Diana S. Daugherty
PO Box 430908
St Louis, MO 63143

Debtor:
Edward G. Holman
Debra Holman
404 S. Clark
St Louis, MO 63135

/s/ *Kathy S. Venegas*
Kathy S. Venegas
Accounts Manager
Kirkland Financial LLC
P.O. Box 970
Goodlettsville, TN  37070
888-595-9536 Fax: 615-859-2238
kvenegas@kirklandfinancial.net